**Donald A. Vaughn, Esq. (SBN: 110070)**
**VAUGHN & VAUGHN**
**501 West Broadway, Suite 1025**
**San Diego, CA 92101**
**Telephone: (619) 237-1717**
**Email: dav@vv-law.com**

Attorneys for Plaintiff and Appellant, Jack
Schindler

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JESSE WAYNE DAWBER, an individual,<br><br>Debtor.<br>_____<br><br>JACK SCHINDLER,<br><br>                Plaintiff-Appellant.<br><br>v.<br><br>HOGAN LOVELLS US LLP,<br><br>            Defendant-Appellee. | **Case No. 3:22-cv-0882-BAS-JLB**<br><br>Bankr. Case No. 18-06044-LT11<br><br>Adv. Proc. No. 21-90109-LT<br><br>**STIPULATION AND JOINT MOTION FOR: (1) CONSOLIDATION OF APPEALS, AND (2) ORDER SETTING BRIEFING SCHEDULE** |

TO THIS HONORABLE COURT:  Pursuant to the following stipulation, and for good cause shown, the parties hereto jointly move for: (1) an Order consolidating the appeals in Case Nos. 3:22-cv-0881-WQH-BGS and 3:22-cv-0882-BAS-JLB (collectively, the "Appeals"), and (2) an Order setting the briefing format and schedule in the consolidated Appeals.

## RECITALS

1.      The Appeals both arise from determinations by the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court") in the same Adversary Proceeding (Adv. Proc. No. 21-90109-LT, the "Adversary

Proceeding"). The Adversary Proceeding was created when Defendant/Appellee Hogan Lovells US LLP ("Hogan") removed the California Superior Court complaint filed against it by Jack Schindler ("Schindler") to the Bankruptcy Court.

2. The appeal designated Case No. 3:22-cv-00881-WQH-BGS, and now pending before the Honorable William Q. Hayes, was filed by Plaintiff/Appellant Jack Schindler ("Schindler") on June 15, 2022, as a result of the Bankruptcy Court's Minute Order (the "Dismissal Minute Order") granting Hogan's Motion to Dismiss Schindler's Second Amended Complaint (the "Dismissal Motion") in the Adversary Proceeding. The Dismissal Motion was heard on June 1, 2022, and the Dismissal Minute Order was entered on June 1, 2022 as Adv. Dkt. No. 60.

3. Concurrently with the Dismissal Motion, Schindler filed a Motion in the Bankruptcy Court to Remand his removed Superior Court action to California Superior Court (the "Remand Motion"). Schindler's Remand Motion was heard at the same time as the Dismissal Motion and the Bankruptcy Court entered its Minute Order denying Schindler's Remand Motion (the "Remand Minute Order") on June 1, 2022, as part of Adv. Dkt. No. 60.

4. On June 15, 2022, Schindler filed a Notice of Appeal from the Remand Minute Order, and that appeal has been assigned to, and is pending before, the Honorable Cynthia Bashant as Case No. 3:22-cv-00882-BAS-JLB.

5. On June 28, 2022, pursuant to the parties' stipulation, the Bankruptcy Court entered an Order on Stipulation Establishing Designation Deadlines on Appeals (Adv. Dkt. No. 93.) A true and correct copy of this Order (the "Designation Order") is appended hereto as Exhibit 1.

///

///

///

///

///

6.　　On July 15, 2022, the Bankruptcy Court filed: (1) combined Findings of Fact and Conclusions of Law on the Dismissal Motion and the Remand Motion [Adv. Dkt. No. 98], (2) a formal Order denying the Remand Motion [Adv. Dkt. No. 99], (3) a formal Order granting the Dismissal Motion [Adv. Dkt. No. 100], and (4) a Judgment (the "Judgment") in favor of Hogan and against Schindler in the Adversary Proceeding [Adv. Dkt. No. 101].

7.　　On July 28, 2022, Schindler filed: (1) an Amended Notice of Appeal with respect to the Judgment [Adv. Dkt. No. 102], and (2) an Amended Notice of Appeal from the formal Order denying Schindler's Remand Motion [Adv. Dkt. No. 103].

8.　　Pursuant to paragraph 2 of the Bankruptcy Court's Designation Order [Adv. Dkt. No. 93, Exhibit 1 hereto], Schindler's designation of items to be included in the record on appeal and a statement of issues is due on August 11, 2022. Pursuant to paragraph 3 thereof, Hogan's designation of additional items to be included in the record, if any, is due 14 days from the date Schindler files his designation.

9.　　Pursuant to Order entered June 22, 2022, the Court in Case No. 3:22-cv-0881-WQH-BGS [in Dkt. No. 3] set August 19, 2022, as the date upon which Schindler's Brief on appeal will be due, and designated September 19, 2022, as the due date for Hogan's Brief. Based upon the timing set forth in Bankruptcy Court's Designation Order, it is unlikely the record on appeal will be complete, or even fully-designated, by the August 19, 2022, date set for Schindler's Brief. A briefing schedule has not been ordered in Case No. 3:22-cv-0882-BAS-JLB.

10.　　Based upon the timing issues identified above, and the overlapping issues presented by these Appeals, the parties hereby agree and stipulate as follows:

## **STIPULATION**

11.　　Neither party waives any objection to, or right to challenge, jurisdiction, appealability, or any other aspect of either Bankruptcy Court motion or

the Judgment underlying the Appeals but, based upon the fact these motions and the Appeals involve identical parties, arise from the same Adversary Proceeding, were concurrently briefed and argued, and have overlapping issues, the parties believe judicial economy will be served and the parties' resources will be conserved by consolidating the Appeals. They therefore jointly move for an Order consolidating the Appeals before the Honorable William Hayes, the Honorable Cynthia Bashant, or another District Court Judge within the Southern District of California.

12.   In addition to consolidation of the Appeals, the parties seek an Order specifying the Briefing format and deadlines for the Appeals. With regard to the format of appellate Briefs, the parties agree that the issues presented in the Appeals are most efficiently briefed in a combined fashion and, therefore, request an Order that Appellant file a single Opening Brief which combines his argument and contentions in both Appeals, that Appellee file a single Brief responding to that filed by Appellant, and that Appellant, if he elects to do so, file a single Reply Brief. Likewise, the parties request an Order that the record in both Appeals be combined into a single record on appeal.

///
///
///
///
///
///
///
///
///
///
///
///

VAUGHN & VAUGHN

4

13.    With respect to timing, the parties stipulate, and request an Order, that their Briefs on appeal be due as follows:

      A.    Appellant's Brief will be due sixty (60) days from notification that the record on appeal is complete;

      B.    Appellee's Brief will be due sixty (60) days from the filing of Appellant's Brief, and;

      C.    Appellant's Reply Brief will be due forty-five (45) days from the filing of Appellee's Brief.

**IT IS SO STIPULATED**

Dated: August 11, 2022              **VAUGHN & VAUGHN**

                                     /s/ Donald Vaughn_____
                                     DONALD A. VAUGHN
                                     Attorneys for Plaintiff and
                                     Appellant Jack Schindler

Dated: August 11, 2022              **KTBS Law LLP**

                                       /s/ David Stern_____
                                       DAVID STERN
                                     Attorneys for Defendant and
                                     Appellee Hogan Lovells US
                                     LLP

VAUGHN & VAUGHN

STIPULATION AND JOINT MOTION

# EXHIBIT
# 1

**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Donald A. Vaughn, Esq. (Bar No. 110070)
VAUGHN & VAUGHN
501 West Broadway, Suite 1025
San Diego, CA 92101
Tel: (619) 237-1717

Order Entered on
June 28, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>    JESSE WAYNE DAWBER, an individual,<br><br>Debtor. | BANKRUPTCY NO. 18-06044-LT11 |
| JACK SCHINDLER,<br><br>Plaintiff(s) | ADVERSARY NO. 21-90109-LT |
| v.<br>HOGAN LOVELLS US LLP, and DOES 1 through 50,<br><br>Defendant(s) | Date of Hearing:<br>Time of Hearing:<br>Name of Judge: |

## ORDER ON
STIPULATION ESTABLISHING DESIGNATION DEADLINES ON APPEALS

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. __90__ .

//

//

//

//

DATED:   June 28, 2022

Judge, United States Bankruptcy Court

**CSD 3000A**

**CSD 3000A** [07/01/18](Page 2)
ORDER ON   STIPULATION ESTABLISHING DESIGNATION DEADLINES ON ⊞
DEBTOR:      JESSE WAYNE DAWBER, an individual,

CASE NO.:   18-06044-LT11
ADV. NO.:   21-90109-LT

On June 1, 2022, this Court granted the motion of Hogan Lovells ("Hogan") to dismiss Jack Schindler's ("Schindler's") Second Amended Complaint in this adversary proceeding, and denied Jack Schindler's motion to remand same to California Superior Court (collectively, the "Motions"). On June 15, 2022, Schindler appealed this Court's ruling on both Motions (the "Appeals").  On June 27, 2022, the parties submitted a Stipulation Establishing Deadlines to File Designation of Record and Statement of Issues on Appeal (the "Stipulation") pertaining to designation of the record and filing of Schindler's statement of issues on appeal on the Appeals.  Good cause appearing, the Stipulation is approved and it is hereby ORDERED THAT:

1    If Schindler does not file an amended notice of appeal within 14 days after entry of the judgment or order being appealed or file a Tolling Motion within the time allowed by the Bankruptcy Rules, the 14-day time period within which Schindler must file his designation of items to be included in the record on appeal and statement of the issues to be presented on appeal shall commence to run on the date when the Court enters the last of: (i) the judgment; (ii) the Findings of Fact and Conclusions of Law; and (iii) the formal order denying Schindler's Motion to Remand.

2.    If Schindler files an amended notice of appeal within 14 days after entry of the judgment or order being appealed or files a Tolling Motion within the time allowed by the Bankruptcy Rules, then the 14-day time period within which Schindler must file his designation of items to be included in the record on appeal and statement of the issues to be presented on appeal shall commence to run on the date when the last of the following occurs: (i) Schindler files an amended notice of appeal; or (ii) the Court enters its order denying the last of Schindler's Tolling Motions.

3.   The 14-day time period within which Hogan may file its designation of additional items to be included in the record on appeal, if any, shall commence to run on the date when Schindler serves the applicable designation and statement of issues.

**CSD 3000A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Donald A. Vaughn, Esq. (SBN: 110070)**
**VAUGHN & VAUGHN**
**501 West Broadway, Suite 1025**
**San Diego, CA 92101**
**Telephone: (619) 237-1717**
**Email: dav@vv-law.com**

Attorneys for Plaintiff and Appellant, Jack
Schindler

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | **Case No. 3:22-cv-0882-BAS-JLB** |
| JESSE WAYNE DAWBER, an individual, | |
| Debtor. | **PROOF OF SERVICE OF STIPULATION AND JOINT MOTION FOR: (1) CONSOLIDATION OF APPEALS, AND (2) ORDER SETTING BRIEFING SCHEDULE** |
| JACK SCHINDLER, | |
| Plaintiff-Appellant. | |
| v. | |
| HOGAN LOVELLS US LLP, | |
| Defendant-Appellee. | |

///
///
///
///
///
///
///
///
///

1

**JACK SCHINDLER v. HOGAN LOVELLS US LLP**
United States District Court Case No. **22-cv-0882-BAS-JLB**

**PROOF OF SERVICE**

I, Donald Vaughn declare as follows:

I am a citizen of the United States and am employed in the County of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, Suite 1025, San Diego, California 92101. On August 11, 2022, I served the following documents:

STIPULATION AND JOINT MOTION FOR: (1) CONSOLIDATION OF APPEALS, AND (2) ORDER SETTING BRIEFING SCHEDULE

on the following parties and/or counsel of record:

Samuel Kidder            Counsel for Defendant/Appellee Hogan Lovells US LLP
KTBS Law LLP
1801 Century Park East

[ ]  **BY MAIL:** I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013(a).

[X]  **BY ELECTRONIC SERVICE:** I caused said document(s) to be delivered via electronic mail to the electronic mail addresses set forth above and/or through the United States District Court Electronic Filing Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Proof of Service on August 11, 2022, at San Diego, California.

_____

*/s/ Donald Vaughn*
**Donald Vaughn**

VAUGHN & VAUGHN

2

PROOF OF SERVICE