UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>JESSE WAYNE DAWBER,<br>                                    Debtor. | Case Nos.:  22-cv-881-WQH-BGS<br>                      22-cv-882-WQH-BGS<br><br>**ORDER** |
| JACK SCHINDLER,<br>                                    Appellant,<br>v.<br>HOGAN LOVELLS US LLP,<br>                                    Appellee. | |

HAYES, Judge:

    The matter before the Court is the Joint Motion for: (1) Consolidation of Appeals, and (2) Order Setting Briefing Schedule ("Joint Motion"), filed by the parties in the two above-captioned bankruptcy appeals. (Case No. 22-cv-881, ECF No. 5 & Case No. 22-cv-882, ECF No. 4).

    On June 16, 2022, Appellant Jack Schindler filed the above-captioned bankruptcy appeals. Each appeal challenges an order issued by the Bankruptcy Court on June 1, 2022, which granted Appellee Hogan Lovells US LLP's Motion to Dismiss Schindler's Second

1

Amended Complaint and denied Schindler's Motion to Remand Removed Action in *Schindler v. Hogan Lovells US LLP*, Southern District of California Bankruptcy Adversary Proceeding Case No. 21-90109-LT, ECF No. 60. (*See* Case No. 22-cv-881, ECF No. 1-2 at 3 & Case No. 22-cv-882, ECF No. 1-2 at 3).

On June 22, 2022, this Court entered an Order setting a briefing schedule in Case No. 22-cv-881. (ECF No. 3).

On August 11, 2022, the parties filed the Joint Motion. (Case No. 22-cv-881, ECF No. 5 & Case No. 22-cv-882, ECF No. 4). The parties move for the consolidation of the two above-captioned appeals and state: "[B]ased upon the fact these motions [i.e., the Motion to Dismiss and the Motion to Remand in the Adversary Proceeding] and the Appeals involve identical parties, arise from the same Adversary Proceeding, were concurrently briefed and argued, and have overlapping issues, the parties believe judicial economy will be served and the parties' resources will be conserved by consolidating the Appeals." (Case No. 22-cv-881, ECF No. 5 at 4 & Case No. 22-cv-882, ECF No. 4 at 4). The parties "agree that the issues presented in the Appeals are most efficiently briefed in a combined fashion and, therefore, request an Order that Appellant file a single Opening Brief which combines his argument and contentions in both Appeals, that Appellee file a single Brief responding to that filed by Appellant, and that Appellant, if he elects to do so, file a single Reply Brief." (*Id.*). The parties also "request an Order that the record in both Appeals be combined into a single record on appeal." (*Id.*).

On August 18, 2022, the Court issued an Order granting the Joint Motion to the extent it sought a new briefing schedule. (Case No. 22-cv-881, ECF No. 7).

IT IS HEREBY ORDERED that the Joint Motion is granted to the extent it seeks consolidation of the appeals. (Case No. 22-cv-881, ECF No. 5 & Case No. 22-cv-882, ECF No. 4). *Schindler v. Hogan Lovells US LLP*, 22-cv-881-WQH-BGS, and *Schindler v. Hogan Lovells US LLP*, 22-cv-882-WQH-BGS, are consolidated for all purposes. *Schindler v. Hogan Lovells US LLP*, 22-cv-881-WQH-BGS, shall be the lead case and all subsequent filings shall be filed under this caption and case number.

IT IS FURTHER ORDERED that, no later than ten (10) days from the date this Order is filed, Appellant Jack Schindler shall file an amended notice of appeal in *Schindler v. Hogan Lovells US LLP*, 22-cv-881-WQH-BGS, which consolidates all matters being appealed in *Schindler v. Hogan Lovells US LLP*, 22-cv-881-WQH-BGS, and *Schindler v. Hogan Lovells US LLP*, 22-cv-882-WQH-BGS, into a single notice of appeal. Upon the filing of the amended notice of appeal in *Schindler v. Hogan Lovells US LLP*, 22-cv-881-WQH-BGS, the Clerk of the Court shall administratively close *Schindler v. Hogan Lovells US LLP*, 22-cv-882-WQH-BGS.

Dated: September 6, 2022

Hon. William Q. Hayes
United States District Court